# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

COURTNEY ALLISON COLLETT-RICHARDSON,

      Plaintiff,

    vs.

CHIME FINANCIAL, INC., THE BANCORP BANK, N.A., and STRIDE BANK, N.A.,

      Defendants.

Case No. 3:26-cv-01671-LJC

**ORDER ON STIPULATION FOR PARTIES TO ARBITRATE DISPUTE AND TO STAY ACTION PENDING ARBITRATION**

## **ORDER**

This matter coming before the Court on the parties' Stipulation to Arbitrate Dispute and to Stay Action Pending Arbitration, the Court being advised in the premises, and for good cause appearing, IT IS HEREBY ORDERED that:

(1) The stipulation to proceed in arbitration is granted;

(2) The matter is stayed pending completion of the arbitration.

Dated: May 22, 2026          _____

                                 United State Magistrate Judge